**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Hristina Tasev
1246 Cove Dr.
Unit 221A
Prospect Heights, IL 60070
SSN: xxx–xx–9373 EIN: N.A.
aka Hristina Stoyanov, aka Hristina Taseva

Case No. : 21–06763
Chapter : 7
Judge : Donald R Cassling

---

Debtor's Attorney:
Justin R. Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St.
Suite 1500
Chicago, IL 60602

312–373–7226

Trustee:
Richard Joseph Mason
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654–4603

847 962–1381

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

June 22, 2021 , 02:00 PM
Appear by VIDEO. See details, www.justice.gov/ust–regions–r11, Click: Chicago, Illinois Office

For the Court,

Dated: May 28, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court