**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Donald R. Cassling |
| Hristina Tasev, | ) | |
| | ) | |
| | ) | Case No. 21 B 06763 |
| Debtor. | ) | |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO:   DEBTOR, DEBTOR'S COUNSEL, CHAPTER 7 TRUSTEE:**

Please take notice that on June 22, 2021, at 9:30 a.m. or as soon thereafter as the same may be heard, the undersigned will present to the Honorable Donald R. Cassling (or any other judge who may be presiding in his or her place), the attached motion for relief from the automatic stay.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

RIEZMAN BERGER, P.C.

/s/ Kathryn A. Klein
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO 63105
(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Donald R. Cassling |
| Hristina Tasev, | ) | |
| | ) | |
| | ) | Case No. 21 B 06763 |
| Debtor. | ) | |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW TD Auto Finance LLC ("TD Auto"), by counsel, respectfully moves for relief from the automatic stay on the following grounds:

1. On the date of the filing of this bankruptcy proceeding, TD Auto was owed at least $49,125.34 secured by a 2017 Mercedes-Benz GLE350W4, VIN: 4JGDA5HB7HA892038. Attached as Exhibits A and B are copies of documents which demonstrate TD Auto's security interest and perfection of the same.

2. The retail value of the vehicle at the time of filing was approximately $42,400.00.

3. There is no substantial equity in the vehicle and it is not needed for an effective reorganization by Debtor.

4. Debtor's Statement of Intention indicates her intent to surrender the aforesaid vehicle.

5. Debtor is delinquent in payments to TD Auto for all payments due and owing since February 18, 2020, in the amount of approximately $15,284.64.

6. TD Auto requests that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

WHEREFORE TD Auto respectfully requests that the Court lift the automatic stay of 11 U.S.C. § 362 as to the vehicle, that any order modifying the automatic stay be effective

immediately as allowed under Federal Bankruptcy Rule 4001(a)(3) and for such further relief as is proper.

       Respectfully submitted,

       RIEZMAN BERGER, P.C.

       /s/ Kathryn A. Klein
       Kathryn A. Klein, #06199235
       7700 Bonhomme, 7th Floor
       St. Louis, MO   63105
       (314) 727-0101
       Attorneys for TD Auto

## PROOF OF SERVICE

The undersigned states that I served the attached Notice of Motion for Relief from the Automatic Stay and the attached Motion for Relief from the Automatic Stay upon the Debtor by postage prepaid, in the United States Mail, by first-class mail and upon the other parties named below via electronic means, on June 2, 2021:

| | |
|---|---|
| Hristina Tasev<br>1246 Cove Dr., Unit 221A<br>Prospect Heights IL 60070 | Debtor |
| Justin R. Storer<br>105 W. Madison St., Suite 1500<br>Chicago IL 60602 | Attorney for Debtor |
| Richard J. Mason<br>70 W. Hubbard, Suite 304<br>Chicago IL 60654-4603 | Chapter 7 Trustee |
| Office of the United States Trustee<br>219 S Dearborn St Room 873<br>Chicago, IL 60654-4603 | |

       /s/ Kathryn A. Klein